# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON JARRELL SPIKES

NO. 2021 KW 0257

**APRIL 26, 2021**

---

In Re:    Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 14-CR8-126847.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.** See **State v. Spikes**, 2020-0180 (La. App. 1st Cir. 7/20/20), 2020 WL 4049842, writ denied, 2020-01295 (La. 2/9/21), 310 So.3d 174.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT